# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BRYAN WHITLOW,

    Petitioner,

-vs-

WARDEN, Lebanon Correctional Institution,

    Respondent.

:

:

:

:

Case No. 1:05-cv-716

District Judge Susan J. Dlott
Chief Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 14, 2006, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Petition for writ of habeas corpus be denied. Since reasonable jurists would not disagree with this conclusion, Petitioner is denied the right to appeal *in forma pauperis* and any requested certificate of appealability.

December 28, 2006.

                                                      Susan J. Dlott
                                                      United States District Judge